CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 1 2 2005

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERRY J. NOLAN, et al., | ) | Civil Action No. 7:04CV00731 |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VIRGINIA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the defendants' motion to dismiss is **GRANTED** in part and **DENIED** in part.

**ENTER**: This 11th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE