CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERRY J. NOLAN, et al., | ) | Civil Action No. 7:04CV00731 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| J.D. TERRY, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the defendants' motion for summary judgment is **GRANTED**. This matter is **STRICKEN** from the active docket of the court.

**ENTER**: This September 13, 2006.

_____
UNITED STATES DISTRICT JUDGE